NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Christopher Crawley, | No. CV-16-04307-PHX-JJT (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

On February 27, 2017, Magistrate Judge Metcalf issued his Report and Recommendation (Doc. 11), screening Plaintiff's first Amended Complaint (Doc. 10), recommending dismissal of some defendants and service on the remaining. Since then, Plaintiff has filed a Motion to Amend (Doc. 14), seeking leave to file a proposed Second Amended Complaint. Before ruling, the Court notes that it is improper procedure for Plaintiff to ignore a pending Report and Recommendation and file a Motion to Amend in lieu of objecting to the Report and Recommendation. Although Plaintiff is *pro se*, further practice in contravention of applicable procedural rules may result in sanctions, including dismissal of this action.

**IT IS ORDERED** declining the Report and Recommendation filed February 27, 2017 (Doc. 11), and referring the screening of the First Amended Complaint (Doc. 10) to Magistrate Judge Metcalf for further consideration in light of Plaintiff's Motion to Amend, filed March 10, 2017 (Doc. 14.)

Dated this 23rd day of March, 2017.

Honorable John J. Tuchi
United States District Judge